T. SCOTT BROOKE, Bar No. 0159
BROOKE · SHAW · ZUMPFT
1590 Fourth Street, Suite 100
Post Office Box 2860
Minden, Nevada 89423
(775) 782-7171
(775) 782-3081 fax

Attorneys for Defendant
INCLINE VILLAGE GENERAL
IMPROVEMENT DISTRICT

E-FILED ON 03-26-2008

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANK WRIGHT,

               Plaintiff,

v.

INCLINE VILLAGE GENERAL
IMPROVEMENT DISTRICT, and DOES 1
through XX, inclusive,

               Defendants.

CASE NO. 3:08-CV-00119-LRH-VPC

## STIPULATION AND ORDER FOR EXTENSION OF TIME (First Request)

The parties hereto, by and through their respective undersigned counsel, hereby stipulate and agree that Defendant INCLINE VILLAGE GENERAL IMPROVEMENT DISTRICT

/ / / / / /

/ / / / / /

/ / / / / /

/ / / / / /

/ / / / / /

/ / / / / /

/ / / / / /

/ / / / / /

("IVGID") may have an extension of time to and including 18 April 2008 to respond to the Complaint (#1) and to Plaintiff's Motion for Preliminary Injunction (#2).

DATED this 25th day of March, 2008

                              LAXALT & NOMURA

By: /s/ Michael W. Large
    Daniel T. Hayward, Bar No. 5986
    Michael W. Large, Bar No. 10119
    Attorneys for Plaintiff, FRANK WRIGHT

BROOKE · SHAW · ZUMPFT

By: /s/ T. Scott Brooke
    T. SCOTT BROOKE, Bar No. 0159
    Attorneys for Defendant
    INCLINE VILLAGE GENERAL
    IMPROVEMENT DISTRICT

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2008