1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

FRANK WRIGHT,                                    Case No. 3:08-CV-00119-LRH-VPC

                             Plaintiff,

vs.                                              **STIPULATION AND ORDER FOR**
                                                 **EXTENSION OF TIME FOR**
INCLINE VILLAGE GENERAL                          **DEFENDANT TO RESPOND TO**
IMPROVEMENT DISTRICT, and DOES I                 **PLAINTIFF'S COMPLAINT AND**
through XX, inclusive,                           **MOTION FOR PRELIMINARY**
                                                 **INJUNCTION**
                             Defendants.
_____/

        COMES NOW, Plaintiff, FRANK WRIGHT, by and through his attorneys, Laxalt &

Nomura, Ltd. and Defendant, INCLINE VILLAGE GENERAL IMPROVEMENT DISTRICT,

by and through its attorneys, Thorndal, Armstrong, Delk, Balkenbush & Eisinger and hereby

stipulate that Defendants will plead or otherwise respond to the complaint and Plaintiff's Motion

for Preliminary Injunction no later than April 30, 2008.

DATED the 18th day of April, 2008            DATED the 18th day of April, 2008
Laxalt & Nomura, Ltd.                        Thorndal, Armstrong,
                                             Delk, Balkenbush & Eisinger

By:___//s//_____          By:___//s//_____
     Daniel T. Hayward, Esq.                      Stephen C. Balkenbush, Esq.
     Nevada Bar No. 5986                           Nevada Bar No. 1814
     9600 Gateway Drive                            6590 S. McCarran Blvd, Suite B
     Reno, Nevada 89521                            Reno, Nevada 89509
     Attorneys for Plaintiff                       Attorneys for Defendants

        IT IS SO ORDERED this 21st day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 South McCarran Blvd, Suite B
Reno, Nevada 89509
(775) 786-2882