UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>INCLINE VILLAGE GENERAL IMPROVEMENT DISTRICT, and DOES 1 through XX, inclusive,<br><br>    Defendants. | 3:08-CV-00119-LRH-VPC<br><br>ORDER |

On February 9, 2009, this court entered an order (#28[1]) denying in part Defendant Incline Village General Improvement District's ("IVGID") Motion to Dismiss (#14). In the order, the court also granted IVGID's Motion to Stay or Extend Briefing Schedule on Plaintiff's Motion for Preliminary Injunction (#13) pending supplemental briefing concerning the feasibility of joining necessary third parties to the action. Plaintiff Frank Wright has subsequently voluntarily dismissed his claims involving the third parties (#29).

IT IS THEREFORE ORDERED that the stay pending supplement briefing (#28) is hereby lifted.

IVGID shall have until March 23, 2009, to submit its response to Plaintiff's Motion for

---

[1] Refers to the court's docket number.

Preliminary Injunction (#3), and Plaintiff shall have five (5) days from service to reply. The court notes that if IVGID wishes, the court is willing to accept and consider IVGID's briefing on the issue of an injunction in the related case, *Kroll v. Incline Village General Improvement's District*, 3:08-CV-166-ECR-VPC. IVGID should so indicate and, if so, serve its briefing in *Kroll* at its earliest convenience, but not later than March 23, 2009.

IT IS SO ORDERED.

DATED this 13th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE