# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANK WRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>INCLINE VILLAGE GENERAL IMPROVEMENT DISTRICT, and DOES I through XX, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 3:08-CV-00119-LRH-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR INTERIM ATTORNEY'S FEES AND COSTS** |

COMES NOW, Defendant, INCLINE VILLAGE GENERAL IMPROVEMENT DISTRICT, by and through its attorneys, Thorndal, Armstrong, Delk, Balkenbush & Eisinger, and Plaintiff, FRANK WRIGHT, by and through his attorneys, Laxalt & Nomura, Ltd. and hereby stipulate that Defendant shall have to and including March 10, 2010 within which to file its opposition to Plaintiff's Motion for Interim Attorney's Fees and Costs.

DATED the 25th day of February, 2010
Laxalt & Nomura, Ltd.

By: __//s//_____
    Daniel T. Hayward, Esq.
    Nevada Bar No. 5986
    Michael W. Large, Esq.
    Nevada Bar No. 10119
    9600 Gateway Drive
    Reno, Nevada 89521
    Attorneys for Plaintiff

DATED the 25th day February, 2010
Thorndal, Armstrong,
Delk, Balkenbush & Eisinger

By: __//s//_____
    Stephen C. Balkenbush, Esq.
    Nevada Bar No. 1814
    6590 S. McCarran Blvd, Suite B
    Reno, Nevada 89509
    Attorneys for Defendants

///

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 South M'Carran Blvd, Suite B
Reno, Nevada 89509
(775) 786-2882

## ORDER

IT IS SO ORDERED that Defendant, Incline Village General Improvement District, shall have up to and including March 10, 2010, within which to file its opposition to Plaintiff's Motion for Interim Attorney's Fees and Costs.

DATED:  February 26, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 South McCarran Blvd, Suite B
Reno, Nevada 89509
(775) 786-2882

- 2 -